General Complaint Form for Pro Se Litigants

FILED
2016 AUG -1  P 2: 02
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

DARROW BERNARD PAYNE
_____

_____
    CV-16-P-1249-S

(Enter above the full names(s) of the
plaintiff(s) in this action.)

vs.

WILLIAM E. DONALDSON CORRECTIONAL FAC., INC.,
CHERYL PRICE
JEFFERSON DUNN
LEON BOLLING
(Enter above the full name(s) of the
defendant(s) in this action.)

1. At all times hereinafter mentioned, plaintiff was and still is a resident of JEFFERSON COUNTY ALABAMA. Plaintiff resides at W.E.D.C.F., INC. 100 WARRIOR LANE, BESSEMER, JEFFERSON ALABAMA 35023

2. Defendant WILLIAM E. DONALDSON CORRECTIONAL FACILITY, INC. is a corporation incorporated under the laws of ALABAMA and has a main office at 301 SOUTH RIPLEY STREET Montgomery, ALABAMA 36 and is licensed to do business in Montgomery, ALABAMA. Defendant's official business address is WEDCF, INC., 100 WARRIOR LANE, BESSEMER, JEFFERSON ALABAMA 35023

OR

Defendant _____

is a United States government agency.

OR

Defendant _____

is a state agency.

OR

Defendant(s) CHERYL PRICE & JEFFERSON DUNN _____ is a resident of Montgomery, ALABAMA _____. Defendants resides at 301 SOUTH RIPLEY STREET P.O. Box 301501 MONTGOMERY, MONTGOMERY ALABAMA, USA 36130

3. The jurisdiction of this court is invoked pursuant to 42 U.S.C. §1983 and federal question, 28 U.S.C. § 1331 _____. (List statutes.)

4. Statement of Claim

State here, as briefly as possible the FACTS of your case. Describe how each defendant is involved. Include, also the names of other persons involved, dates and places. Do not give any legal arguments. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

First, DARROW BERNARD PAYNE (hereinafter DBP) has been denied the Liberty of just compensations from Department of VETERAN AFFAIRS for 3½ years by their Warden III CHERYL PRICE, JEFFERSON DUNN, WEDCF, INC, LEON BOLLING Warden III, A total of twenty-five (25) yrs due by Oct 2016 now! I pray for Justice here if there are ANY Patriots for the U.S. Military. DBP is a Peacetime Gulf War-Era Veteran

2

who fractured the (L) wrist at FORT HOOD, TX, Jan 30, 1991 & when, discharged, I filed for SC disability claim Oct 1991 w/ DVA Regional Office, Montgomery, ALABAMA; and upon incarceration, appeal was pending. In August 2013 VA MEDICAL CLINIC B'ham called CHERYL PRICE requesting DBP transported there for a scheduled Compensation and Pension Exam; March 9, 2015 another scheduled C&P exam and request was denied; that, medical treatment certainly due by an Ortho Hand

5. Relief

State briefly exactly what you want the court to do for you. Do not make legal arguments.

Set this matter for jury trial; find a Private Attorney for Plaintiff under a Republican form a government respecting Isonomi-Principles; find the Defendants guilty under Title 18, Part 1, Ch 13 §241 & 242 U.S. Codes of Law, Oath violations, Treason, Misprision, 18 USCS 1001, fraud; Award $7,560,000.00 to Plaintiff for damages from EACH Defendants AND to be transported to ANY VA Medical Clinic for this most urgent C&P Exam

July 25, 2016 CCY
Date

WITHOUT PREJUDICE U.C.C. 1-207
Darrow Bernard Payne
Signature of Plaintiff

205 436 3681
Telephone Number

DARROW BERNARD PAYNE
Name (Please Print)

FAX Number (If Available)

100 WARRIOR LANE   L 74
Street Address

BESSEMER, ALABAMA, U.S.A. [35023]
City, State                             Zip Code

3

4.  Statement of Claim

Clinic for a substantial amount of undue hardship and pain I suffer with; After many requests to CHERYL PRICE and DUNN, d explaining need for exam, no response. J DUNN was contacted in Nov, Dec 2015 for, transport to VA Medical Clinic who, is a retired Air Force Captain, Major or Colonel hmmph?; Jan 2016, May 27, 2016, July 8, 2016; now, Warden III, LEON BOLLING, denied me transport for this, C & P exam Nov 2015 by, request; earlier 5/6/2016 verbally requested, L. BOLLING reply, "You know I, can't do that!" W.E.D.C.F, INC., CHERYL PRICE, JEFFERSON DUNN inhumane treatment, malfeasant conduct, disregard of their Oath, Code of Conduct, is creating and causing me more Pain, in my (L) wrist from their lower standard medical care, intentionally infringing upon, the LIBERTY of DBP w/ no due process color-of-authority procedure denying these compensations... this denial is causing me NOT to maintain, "minimal standard of living" for self and my family. WEDCF, INC., CHERYL PRICE, J DUNN are interfering w/ the opportunity to better its DBP condition and be rehabilitated for society. This time, there are three (3) stainless steel screws, in this left hand; and A.D.O.C., doesn't provide opportunities for jobs w/ compensations.

NOTE:  Pro se litigants must keep the Clerk of the Court informed of their correct address and telephone number during the entire lawsuit.  Failure to do so is grounds for dismissal of the case.

### OPTIONAL REQUEST FOR SERVICE OF PROCESS BY CLERK

Plaintiffs who have paid the filing fee may request the Clerk of Court to perfect service of process by certified mail by indicating below.  Plaintiffs must provide service copies of the complaint, prepared summonses and pre-paid envelopes made returnable to the Clerk of Court.

NOTE: Certified mail service by the Clerk of Court on federal defendants is NOT AN OPTION for plaintiffs who pay the filing fee.

WITHOUT PREJUDICE /=207

_Darrow Bernard Paine_
Signature of Plaintiff

Dated: July 25, 2016 CCY

7/14/06

4

# AFFIDAVIT OF NOTARY PRESENTMENT

## CERTIFICATION OF MAILING

State of ALABAMA )
) ss.
County of JEFFERSON )

On this 25th day of July, 2016, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that DARRON BERNARD PAYNE appeared before me with the following documents listed below. I, the undersigned Notary, personally verified that these documents were placed in an envelope and sealed by me. They were sent by United States Post Office Registered Mail receipt number 7013 3020 0000 1750 0942

|   |   | Recording Number | Number of Pages |
|---|---|---|---|
| 1. | NOTARY PRESENTMENT | 7013 3020 0000 1750 0942 | 1 |
|   | 1. AFFIDAVIT OF TRUTH |   | 1 |
|   | 1. INFORMA PAUPERIS AFFIDAVIT |   | 4 |
|   | 1. 42 USC CIVIL RIGHTS COMPLAINT § 1983 |   | 4 |
|   | 1. SUMMONS |   | 12 |
|   | 1. JS44 CIVIL COVER SHEET |   | 1 |
|   | 1. Extra page "STATEMENT OF CLAIM" |   | 1 pg |

_____
AFFIANT SIGNATURE

WITNESS my hand and official seal.

_____  7-25-16   (Seal)
NOTARY PUBLIC              DATE

MY COMMISSION EXPIRES MAY 8, 2017
My commission expires: _____, 20___

# AFFIDAVIT OF TRUTH

In, August 2013, CCY , March 9, 2016 CCY, while residing at, W.E.D.C.F., INC., I was informed that, on the above dates VA MEDICAL CLINIC had scheduled a Compensation & Pension Exam for DARROW BERNARD PAYNE and called then Warden III CHERYL PRICE requesting, DARROW BERNARD PAYNE be transported there for this exam AND it, was denied! Liberty, for just compensations from participating in a Federally assisted Program and American Disabilities Act, Title VI Civil Rights have ALL been violated by her... a malicious, sadistic attack to annihilate, destroy DARROW BERNARD PAYNE and further, will not allow compensation to me while participating in a DOC NEW BEGINNING PROGRAM; Genocidal treatments, slavery which are International violations, Human Rights violations, Immoral;AND these acts continues w/LEON BOLLING Warden III now! A verbal request, for transport to VA MEDICAL CLINIC explaining why, Nov/Dec. 2015 he denied that transport; Jan 2016, May 27, 2016, July 8, 2016; Nov/Dec 2015 JEFFERSON DUNN was contacted, explaining my request to, ( BY LETTER), I have never heard ANY respond!; from as of today July 26, 2016 ; reflecting back, May 6, 2016, DARROW BERNARD PAYNE spoke with LEON BOLLING requesting for assistance, (transport) to VA for this exam for compensations, his response, "You know I can't do that!"

These de facto officials, posing as legitimate parts of government are ALL commiting, Fraud, Treason of their Oath and violating Title 18, Part 1 Ch 13 § 241 AND § 242 of the UNited States Codes of Law.

AFFIANT SIGNATURE

191049 L74
100 WARRIOR LANE
NOTARY JURAT   BESSEMER, JEFFERSON
ALABAMA, U.S.A.[35023]

**ALABAMA**

**JEFFERSON**   Subscribed and Affirm before me on this 7-25-16

NOTARY PUBLIC

MY COMMISSION EXPIRES MAY 8, 2017